JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Omar Luna,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Danny Sithi et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-11094-VAP-(JPRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting, in part, Plaintiff's Motion for Default Judgment, judgment is hereby entered in favor of Plaintiff Omar Luna and against Defendants Danny Sithi et al. on Plaintiff's claim for violation of the Americans with Disabilities Act.

Defendants are ordered to alter the parking facility at the public accommodation and business established located at 11736 Victory Blvd., North Hollywood, California, in compliance with the Americans with Disabilities Act. Defendants also are ordered to pay Plaintiff $2,470.00 in attorneys' fees and $510.00 in costs.

**IT IS SO ORDERED.**

Dated:　1/14/22

　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　United States District Judge